UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**
05-CV-1341 (DRH) (JO)

               Plaintiff,

    -against-

FELIX J. ROMELIEN,

              Defendant.
----------------------------------------------------------------X

**HURLEY, District Judge:**

On September 12, 2005, this Court granted Plaintiff's motion for an entry of default judgment against the Defendant in the above-captioned case, and referred the case to U.S. Magistrate Judge James Orenstein, pursuant to 28 U.S.C. § 636(b)(3), for a report and recommendation as to damages and attorney's fees. On February 16, 2006, Judge Orenstein issued a Report and Recommendation that Plaintiff be awarded $2,492.15 in loan principal, $2,130.57 in interest, $924.54 in attorney's fees, and $295.00 in costs, for a total judgment of $5,842.26. More than ten days have elapsed since Judge Orenstein issued his Report and Recommendation, and neither party has filed any objections to it.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the February 16, 2006 Report and Recommendation of Judge Orenstein as if set forth herein. Upon entry of judgment, the

Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, N.Y.
March 16, 2006

/s/
Denis R. Hurley,
United States District Judge